478 A.2d 56

Commonwealth v. High, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted March 5, 1984. Joseph F. Sklarosky, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.